UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-09945-SPG | Date | November 21, 2025 |
| Title | In Re Enilda Del Carmen Dominguez | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO DISMISSAL OF BANKRUPTCY APPEAL**

On October 17, 2025, Appellant Enilda De Carmen Dominguez ("Appellant") filed a Notice of Appeal (ECF No. 1 ("Notice of Appeal")), appealing an order from the United States Bankruptcy Court for the Central District of California that denied a motion for a stay pending appeal and a protective order, *see* Order, *In re Enilda Del Carmen Dominguez*, 2:25-bk-16827-DS, ECF No. 41 (Bankr. C.D. Cal. Oct. 15, 2025).

On October 31, 2025, the Clerk of the Bankruptcy Court for the Central District of California entered a Notice of Appeal Deficiency to Appellant, indicating that the Notice of Appeal failed to include a statement of issues, designation of record, and notice of transcript. *See* (ECF No. 5); *see also* Fed. R. Bankr. P. 8009(a)(1). To date, Appellant has failed to file such documents with the Court. Therefore, the Court, on its own motion, issues to Appellant this Order to Show Cause why this appeal should not be dismissed under Federal Rule of Bankruptcy Procedure 8003(a)(2). Failure to respond in writing within fourteen (14) calendar days from the date of this Order will be deemed consent to the dismissal of this appeal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg